1

JS-6

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PRINCIPAL LIFE INSURANCE | ) Case No. CV 12-00172 MWF (SHx) |
| 12  COMPANY, | ) |
| 13          Plaintiff, | ) JUDGMENT ON CROSSCLAIM<br>) AND ORDER DIRECTING<br>) DISBURSEMENT OF |
| 14      vs. | ) INTERPLEADED FUNDS<br>) |
| 15  DANIEL CASTRO, et al., | ) |
| 16          Defendants. | ) |
| 17  _____ | ) |
| 18  MARITZA CASTRO and HEIDI | ) |
| 19  MERCADO ANAYA, | ) |
| 20          Crossclaimants, | ) |
| 21      vs. | ) |
| 22  DANIEL CASTRO, | ) |
| 23 | ) |
| 24          Cross-defendant. | ) |
| 25  _____ | ) |

26      The Court has reviewed and considered the application of crossclaimants

27  MARITZA CASTRO and HEIDI MERCADO ANAYA for 1) a default judgment

28  on the crossclaim, and 2) an order directing the Clerk of the Court to disburse the

insurance proceeds previously interpleaded by plaintiff Principal Life Insurance Company. The application was granted by a separate Order of this Court. (Docket No. 36). The Court has further reviewed and considered crossclaimants' stipulation (Docket No. 34), filed on May 22, 2013, concerning the manner in which the interpleaded proceeds are to be distributed.

Now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment on the crossclaim shall be and hereby is entered in favor of crossclaimants MARITZA CASTRO and HEIDI MERCADO ANAYA and against cross-defendant DANIEL CASTRO; and

2. The Clerk of the Court shall disburse to crossclaimants the entire amount ($56,000.00) previously deposited with the Court Registry by plaintiff Principal Life Insurance Company, plus any accrued interest. Payment shall be made in the following manner:

a) The sum of $19,742.08 shall be distributed to Robert F. Keehn, Esq. by way of check payable to "Robert F. Keehn, Esq." in that amount;

b) The sum of $18,428.96 shall be distributed to Maritza Castro by way of check payable to "Maritza Castro" in that amount (plus one-half of accrued interest, if any);

c) The sum of $17,828.96 shall be distributed to Heidi Mercado Anaya by way of check payable to "Heidi Mercado Anaya" in that amount (plus one-half of accrued interest, if any); and

d) The foregoing distributions shall be sent to counsel for crossclaimants at counsel's address of record.

Dated: May 23, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge